# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3421
LT Case No. 2024-CF-000601

_____

BRIAN PIRRAGLIA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Dawn D. Nichols, Judge.

Joseph P. Klock, Jr., of Rasco Klock, Coral Gables, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee.

June 23, 2026

PER CURIAM.

    AFFIRMED.

HARRIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____